No. 60. GRANVILLE STUART, PLAINTIFF IN ERROR, *v.* SAMUEL T. HAUSER ET AL. In error to the Supreme Court of the State of Idaho. Argued November 15, 1906. Decided December 3, 1906. *Per Curiam.* Dismissed for the want of jurisdiction. *Swafford* v. *Templeton,* 185 U. S. 487; *Butler* v. *Gage,* 138 U. S. 52; *Home for Incurables* v. *City of New York,* 187 U. S. 155; *Erie Railroad Company* v. *Purdy,* 185 U. S. 148; *Ansbro* v. *United States,* 159 U. S. 695; *Cornell* v. *Green,* 163 U. S. 75; *Bausman* v. *Dixon,* 173 U. S. 113; *Gableman* v. *Peoria &c. Railway Company,* 179 U. S. 335; *City of New Orleans* v. *New Orleans Water Company,* 142 U. S. 79; *Beals* v. *Cone,* 188 U. S. 184; *Speed* v. *McCarthy,* 181 U. S. 269. Case below, 9 Idaho, 53. *Mr. George B. Colby* and *Mr. Charles W. Dayton* for plaintiff in error. *Mr. S. M. Stockslager* and *Mr. W. E. Borah* for defendants in error.

---

No. 114. ANNIE CAMP FIELD ET AL., PLAINTIFFS IN ERROR, *v.* BARBER ASPHALT PAVING COMPANY. In error to the Supreme Court of the State of Missouri. Argued for the plaintiffs in error and submitted for defendant in error November 16, 1906. Decided December 3, 1906. *Per Curiam.* Judgment affirmed with costs. *Field* v. *Barber Asphalt Paving Company,* 194 U. S. 618; *Backus* v. *Fort Street Union Depot Company,* 169 U. S. 557. Case below, *Barber Asphalt Paving Company* v. *Field,* 188 Missouri, 182. *Mr. Richard H. Field* for plaintiffs in error. *Mr. Wm. C. Scarritt* and *Mr. E. L. Scarritt* for defendant in error.